UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

JEFFREY K. MORGAN,

                Plaintiff,

-against-

JUAN LEBRON-OLAZAGASTI,
and FEDEX CUSTOM CRITICAL, INC.,

                Defendants.

**COMPLAINT**

**TRIAL BY JURY DEMANDED**

Case No.: 1:23-CV-0062 (LEK/CFH)

---

The plaintiff, Jeffrey K. Morgan, by and through his attorneys, E. Stewart Jones Hacker & Murphy, LLP, complaining of the defendant alleges as follows that:

### INTRODUCTION

1. This is a negligence action wherein defendant, a resident of Florida, failed to yield the right of way to a parked tractor-trailer, striking the above-named plaintiff's parked vehicle with his vehicle, twice, causing serious personal injuries requiring surgery and ongoing treatment to date.

### JURISDICTION AND VENUE

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 as the parties are all diverse and the amount in controversy exceeds $75,000 as plaintiff is a State of New Jersey resident and defendant is an individual resident of the State of Florida.

3. Venue is proper within the Northern District of New York pursuant to 28 U.S.C. § 1391(b)(2) as the incident alleged herein took place in the Northern District of New York, all the witnesses but the parties are in the State of New York Northern District of New York, and the plaintiff's treatment has all been in the State of New York and New Jersey.

## PARTIES

4. At all times relevant, the plaintiff, JEFFREY K. MORGAN, was and still is a resident at 2102 E. Oak Road, Unit L4 in the Town Vineland, County of Cumberland, and State of New Jersey.

5. Upon information and belief, the defendant JUAN LEBRON-OLAZAGASTI is an individual residing at 6219 Jennings Road, in the City of Orlando, County of Orange, and State of Florida.

6. Upon information and belief, to date, defendant is and always was a resident and domiciled in the State of Florida.

7. Upon information and belief, and at all times hereinafter mentioned, the defendant, FedEx Custom Critical, Inc., is a business entity organized and incorporated in the State of Ohio and authorized to conduct business within the State of New York.

## AS AND FOR A FIRST CAUSE OF ACTION IN NEGLIGENCE

8. Upon information and belief, and at all times hereinafter mentioned, plaintiff Jeffrey K. Morgan was the operator of a 2016 Volvo tractor-trailer bearing license plate number 57746PC registered in the State of New York on the date of the alleged incident.

9. Upon information and belief, and at all times hereinafter mentioned, defendant Juan Lebron-Olazagasti was the operator of a 2020 Freightliner tractor-trailer bearing license plate number PWF1870 registered in the State of Ohio on the date of the alleged incident.

10. Upon information and belief, and at all times hereinafter mentioned, Juan Lebron-Olazagasti was operating the 2020 Freightliner tractor-trailer bearing license plate number PWF1870

registered in the State of Ohio with the express and/or implied permission of his employer, FedEx Custom Critical, Inc.; subjecting said company to vicarious liability, joint and several liability for any negligent acts therein under New York State Vehicle and Traffic Law Section 388.

11. On or around July 2, 2020 at approximately 5:11 PM, plaintiff Jeffrey K. Morgan was lawfully parked in the driveway at the Pilot Travel Center located at 1128 Duanesburg Road in the Town of Rotterdam, County of Schenectady and State of New York.

12. On the aforementioned date and time, defendant Juan Lebron-Olazagasti was operating his vehicle while in the driveway at the Pilot Travel Center located at 1128 Duanesburg Road in the Town of Rotterdam, County of Schenectady and State of New York when he negligently backed into and struck the parked vehicle being operated by plaintiff, Jeffrey K. Morgan.

13. That defendant Lebron-Olazagasti, after backing into plaintiff, then pulled forward and reversed again, striking plaintiff a second time.

14. That by reason of the collision, the plaintiff Jeffrey K. Morgan sustained serious and permanent personal injuries and substantial damages.

15. That the plaintiff, Jeffrey K. Morgan, has sustained a serious injury as defined in Subdivision (d) of Section 5102 of the Insurance Law of the State of New York, to whit a fracture, and/or economic loss greater than the basic economic loss, as defined in Subdivision (a) of Section 5102 of that law.

16. The collision and the injuries and damages were caused by the negligent acts of the defendant, without any fault on the part of the plaintiff.

17. By reason of the foregoing, the plaintiff, Jeffrey K. Morgan, has been damaged in an amount that exceeds the jurisdictional limits of all lower Courts which would otherwise have jurisdiction, except for the Supreme Court.

18. That this action falls within at least one of the exceptions set forth in Section 1602 of the Civil Practice Law and Rules, including but not limited to, CPLR § 1602(6).

**WHEREFORE**, the plaintiff demands judgment against the defendant, severally, in the manner, form and amounts recited, together with the costs and disbursements of this action in an amount no less than $1,000,000.

Dated: January 17, 2023

E. STEWART JONES HACKER MURPHY LLP

By: _____
David I. Iversen, Esq.
NDNY Attorney No: 519342
*Attorneys for Plaintiff*
28 Second Street
Troy, New York 12180
Tel. No.: (518) 274-5820